FILED
CLERK, U.S. DISTRICT COURT

FEB 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HAROLD SAUNDERS, JR., <br><br> Petitioner, <br><br> v. <br><br> R. PHILIP GUTIERREZ, Warden, <br><br> Respondent. | Case No. CV 11-7776-SJO (JEM) <br><br> **JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 2/20/12

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE